# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

                                    **RE:**   Lamont BROWN
                                                Docket Number:   2:00CR00334-01

Your Honor:

On May 8, 2009, the Northern District of California accepted jurisdiction of the above-referenced offender's supervision case. We request that the petition filed on March 16, 2009, be dismissed and the hearing scheduled for May 27, 2009, at 9:15 a.m., be vacated.

                                          Respectfully submitted,

                                        /s/   Cynthia J. Mazzei

                                        **CYNTHIA J. MAZZEI**
                                  **Senior United States Probation Officer**

Dated:   May 12, 2009
              Sacramento, California
              CJM:jz

**REVIEWED BY:**     /s/   Kyriacos M. Simonidis
                           **KYRIACOS M. SIMONIDIS**
                           **Supervising United States Probation Officer**

AGREE:   ____✔_____                           DISAGREE:   _____

DATED: May 15, 2009

                                                       LAWRENCE K. KARLTON
                                                       SENIOR JUDGE
                                                        UNITED STATES DISTRICT COURT

cc:     Richard Bender, Assistant United States Attorney
        Defense Counsel - To be determined